UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | |
| | | Criminal No. 95-0047-1 |
| | : | |
| HAMILTON SANCHEZ | : | ORDER |

The Defendant, Hamilton Sanchez, having pled guilty to a violation of supervised release, and having been sentenced on October 1, 2012, (Peter M. Weiner, Esq. appearing for Defendant and Andrew Carey, Assistant United States Attorney appearing on behalf of Paul J. Fishman, United States Attorney for the District of New Jersey),

IT IS, on this 3rd day of October, 2012,

ORDERED that the Defendant is sentenced to a term of 37 months incarceration to run <u>consecutively</u> to the Defendant's imprisonment under any previous state or federal sentence, including under Criminal Case No. 12-409-1; and it is further

ORDERED that upon release from imprisonment, the Defendant shall be on supervised release for a term of 23 months.

_____
HONORABLE DICKINSON R. DEBEVOISE
Senior United States District Judge